**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

CHANDRA KISHOR,

      Plaintiff.

_____/

No. C 12-2948 WHA (PR)

**ORDER OF DISMISSAL AND ADMINISTRATIVELY CLOSING CASE**

      This case was opened on June 6, 2012, when plaintiff, a prisoner of the State of California, filed a letter complaining about actions by prison officials. That day, the clerk notified plaintiff that he had not filed a complaint, and that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notices, the clerk mailed to plaintiff the court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, plaintiff was informed that the case would be dismissed if he did not file a complaint, and pay the fee or file a completed IFP application, within thirty days. Plaintiff has written a letter to the clerk indicating that it was not his intent to file a civil rights or other civil action. Consequently, the case is **DISMISSED** and the clerk shall administratively close this case as opened in error. No filing fee is due.

      **IT IS SO ORDERED.**

Dated: October ___4___, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\KISHOR2948.DFP.wpd